AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2nd of January 2007 |
| NAME OF SERVER (PRINT) CHARLES B. MATHES | TITLE Process Server |

RECEIVED 2007 JAN -5 A 9:38

☐ P. HACKETT, Cl.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left copies at office with receptionist Judy Muscato

## STATEMENT OF SERVICE FEES

| TRAVEL Car | SERVICES Service of Summons | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/2/07
Date

Signature of Server

211 W. Longleaf Drive Apt. 518
Address of Server
Auburn, AL 36832

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

KATRESA PLATT, individually, And
NIESHA DAVIS, inidividually

V.

THE WAGGONERS TRUCKING, INC., And
JACK OWENS, individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06CV1146-MHT

TO: (Name and address of Defendant)

THE WAGGONERS TRUCKING, INC.
C/O GERALD D. COLVIN, REGISTERED AGENT
1910 1st AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL W. SLOCUMB
SLOCUMB LAW FIRM, LLC
2006 EXECUTIVE PARK DRIVE
SUITE A
OPELIKA, ALABAMA 36801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                  12.28.06
CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  
DATE: 2nd of January 2007

NAME OF SERVER (PRINT): CHARLES B. MATHES  
TITLE: Process Server

RECEIVED  
2007 JAN -5 A 9:38  
[illegible] P. HACKETT, CL  
U.S. DISTRICT COURT  
MIDDLE DISTRICT ALA

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Roomate - Name not provided

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Car | Service of Summons | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/2/07  
Date

Signature of Server: [signature] Chas. B. Mathes

Address of Server: 211 W. Longleaf Drive Apt. 518  
Auburn, AL 36832

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

KATRESA PLATT, individually, And
NIESHA DAVIS, inidividually

V.

THE WAGGONERS TRUCKING, INC., And
JACK OWENS, individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06CV1146-MHT

TO: (Name and address of Defendant)

JACK OWENS
3014 GRENADA DRIVE
COLUMBUS, GEORGIA 31903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL W. SLOCUMB
SLOCUMB LAW FIRM, LLC
2006 EXECUTIVE PARK DRIVE
SUITE A
OPELIKA, ALABAMA 36801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    12.28.06

CLERK                                DATE

(By) DEPUTY CLERK