IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KATRESA PLATT and<br>NIESHA DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WAGGONERS TRUCKING,<br>INC., and JACK OWENS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO:<br>)  3:06CV1146-MHT<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COMES NOW Floyd D. Gaines and Andrew P. Walsh of the law firm GAINES LLC, hereby appear as counsel for defendants The Waggoners Trucking, Inc., and Jack Owens in this action.

/s/ Floyd D. Gaines
Floyd D. Gaines (GAI009)
Andrew P. Walsh (WAL170)
Attorneys for Defendants

OF COUNSEL:

GAINES LLC
2100 Morris Avenue
P.O. Box 395
Birmingham, Alabama 35201-0395
Telephone: (205) 320-2800
Facsimile:  (205) 320-2811

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on January 16, 2007, I electronically filed the foregoing in the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Michael W. Slocumb
>Slocumb Law Firm, LLC
>2006 Executive Park Drive
>Suite A
>Opelika, Alabama 36801

>/s/ Floyd D. Gaines
>OF COUNSEL