**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **KATRESA PLATT And NIESHA DAVIS,** ) ) ) **PLAINTIFFS,** ) vs. ) ) **THE WAGGONERS TRUCKING, INC., and JACK OWENS, individually, and Fictitious Defendants "A", "B", and "C", whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiffs, all of whose true and correct names are unknown to Plaintiffs at this time, but will be added by amendment when ascertained,** ) ) ) ) ) ) ) ) ) ) ) ) **DEFENDANTS** ) | **CIVIL ACTION NO: 3:06cv1146-MHT** |

**NOTICE OF APPEARANCE OF ADDITIONAL ATTORNEY,
AND CO-COUNSEL, FOR THE PLAINTIFFS**

The undersigned attorney, Will O. (Trip) Walton, III, files this his appearance as additional attorney, and co-counsel, for the Plaintiffs in the above styled case.

The undersigned, as an attorney and co-counsel for the Plaintiffs, requests (a) that he receive copies of all notices and orders issued or entered by Court in this case and (b) that he receive copies of all notices and motions and pleadings filed by any of the parties in this case.

/s/ Will O. Walton, III_____
WILL O. (TRIP) WALTON, III (WAL046)
ATTORNEY FOR THE PLAINTIFFS

OF COUNSEL:

WALTON LAW FIRM, P.C.
2515 East Glenn Avenue, Suite 304
Auburn, AL 36830
Telephone No: 334-321-3000
Facsimile No: 334-321-3007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007 I electronically filed this Notice of Appearance of Additional Attorney And Co-Counsel for the Plaintiffs' in the Clerk of Court using the CM/ECF system which sent notice of such filing to counsel for Defendants, The Waggoners Trucking, Inc., and Jack Owens, individually, and counsel for Plaintiffs' Niesha Davis and Katresa Platt, and further mailed a copy of the same by first class United States Mail as follows:

    Hon. Floyd D. Gaines
    Hon. Andrew P. Walsh
    Gains, LLC
    P. O. Box 395
    Birmingham, AL 35201-0395

    Michael W. Slocumb
    Slocumb Law Firm, LLC
    2006 Executive Park Drive
    Suite A
    Opelika, Alabama 36801

                        /s/ Will O. Walton, III
                        WILL O. (TRIP) WALTON, III (WAL046)
                        ATTORNEY FOR THE PLAINTIFFS