IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KATRESA PLATT and<br>NIESHA DAVIS,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE WAGGONERS TRUCKING,<br>INC., and JACK OWENS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    3:06cv1146-MHT<br>)<br>)<br>)<br>)<br>) |

### ORDER

It is ORDERED that the motion to file amended complaint (doc. no. 9) is granted. The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 6th day of February, 2007.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE