IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KATRESA PLATT and<br>NIESHA DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>THE WAGGONERS TRUCKING,<br>INC., and JACK OWENS, ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO:<br>)  3:06CV1146-MHT<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone conference on February 1, 2006. Participants in the meeting were:

   Michael W. Slocumb of the Slocumb Law Firm and Trip Walton, III of the Walton Law Firm for the plaintiffs.

   Floyd D. Gaines of Gaines LLC for defendants.

2.  <u>Pre-Discovery Disclosures.</u> The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by February 15, 2007.

3.  <u>Discovery Plan.</u> The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects: Liability, Damages, and Defendant's Defenses.

   All discovery commenced in time to be completed by November 8, 2007.

   Maximum of 40 interrogatories, including any subparts, by each party to any other party.

   Maximum of 50 requests for production of documents by each party to the other.

   Maximum of 50 requests for admissions by each party to the other.

Maximum of 10 depositions by plaintiff and 10 depositions by defendant, not including any expert depositions that are taken.

Each deposition is limited to maximum of 8 hours unless extended by agreement of parties or permission of the Court.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by May 1, 2007, with plaintiff's expert(s) to be made available for deposition on or before June 15, 2007.

from defendant by June 1, 2007, with defendant's expert(s) to be made available for deposition on or before July 15, 2007.

Supplementations under Rule 26(e) due August 1, 2007.

4.  Other Items.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference in October, 2007.

Plaintiff should be allowed until April 1, 2007 to move to amend to join additional parties and until April 1, 2007 to amend the pleadings.

Defendant should be allowed until April 1, 2007 to join additional parties and until April 1, 2007 to amend the pleadings.

All potentially dispositive motions should be filed by October 1, 2007.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due 30 days before trial. Objections under Rule 26(a)(3) should be due 14 days before trial.

The case should be ready for trial in approximately January, 2008 and at this time is expected to take approximately 3 days.


Date: February 12, 2007.

Respectfully submitted,


s/ Michael W. Slocumb
Michael W. Slocumb (SLO010)
Attorney for Plaintiffs
Filed with the consent and knowledge of counsel

OF COUNSEL:

Slocumb Law Firm, LLC
2000 Executive Park Drive
Suite A
Opelika, AL 36601
Telephone: (334) 741-4110
Facsimile: (334) 742-0525


s/ Will O. (Trip) Walton, III
Will O. (Trip) Walton, III (WAL046)
Attorney for Plaintiffs
Filed with the consent and knowledge of counsel

OF COUNSEL:

Walton Law Firm, P. C.
2515 East Glenn Avenue
Suite 304
Auburn, AL 36830
Telephone: (334) 321-3000
Facsimile: (334) 321-3007


s/ Floyd D. Gaines
Floyd D. Gaines (GAI009)
Andrew P. Walsh (WAL170)
Attorneys for Defendants

OF COUNSEL:

GAINES LLC
The Classie Building
2100 Morris Avenue
Post Office Box 395
Birmingham, Alabama 35203
Telephone: (205) 320-2800
Facsimile:  (205) 320-2811

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, I electronically filed the foregoing, which has been agreed upon by all parties, with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

>Michael W. Slocumb
>Slocumb Law Firm, LLC
>2000 Executive Park Drive
>Suite A
>Opelika, AL 36601
>
>Will O. (Trip) Walton, III
>Walton Law Firm, P. C.
>2515 East Glenn Avenue
>Suite 304
>Auburn, AL 36830

>s/ Floyd D. Gaines
>OF COUNSEL