IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KATRESA PLATT and ) | |
| NIESHA DAVIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv1146-MHT |
| ) | |
| THE WAGGONERS TRUCKING, ) | |
| INC., and JACK OWENS, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the joint motion for extension time (doc. no. 17) is granted as requested.

DONE, this the 20th day of April, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE