THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KATRESA PLATT And NIESHA DAVIS,<br><br>　　　　　　PLAINTIFFS,<br>vs.<br><br>THE WAGGONERS TRUCKING, INC., and JACK OWENS, individually, and Fictitious Defendants "A", "B", and "C", whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiffs, all of whose true and correct names are unknown to Plaintiffs at this time, but will be added by amendment when ascertained,<br><br>　　　　　　DEFENDANTS. | CIVIL ACTION NO:<br>3:06cv1146-MHT |

## NOTICE OF APPEARANCE

Comes now **CATHERINE MONCUS** and enters her appearance as additional counsel on behalf of the Plaintiffs, Katresa Platt and Niesha Davis.

Respectfully submitted,

_____
CATHERINE MONCUS (MON045)
ATTORNEY FOR PLAINTIFF

OF COUNSEL:

WALTON LAW FIRM, P.C.
2515 EAST GLENN AVENUE
SUITE 304
AUBURN, AL 36830
Telephone: 334-321-3000
Fax: 334-321-3007

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a copy of the foregoing document to the following attorneys for the Defendants at their proper mailing address as follows, by first class United States Mail, with proper postage thereon:

Michael W. Slocumb
SLOCUMB LAW FIRM, LLC
2006 Executive Park Drive, Suite A
Opelika, Alabama 36801

Hon. Floyd D. Gaines
Gaines, LLC
P. O. Box 395
Birmingham, AL 35201-0395

This the _____ day of _____ 2007.

_____
CATHERINE MONCUS (MON045)
ATTORNEY FOR THE PLAINTIFFS