# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA EASTERN DIVISION

RECEIVED 2007 AUG -8 A 9:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED 2007 JUL 30 A 9:5
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KATRESA PLATT and NIESHA DAVIS )
Plaintiff )
)  CASE NO.: 3:06cv1146-MHT
)
v. )  Appearing on behalf of: Plaintiff
)
THE WAGGONERS TRUCKING, INC., et )
Defendant. )  (Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Jane Lamberti Sams, hereby requests permission to appear pro hac vice in the subject case filed in the Eastern Division of the United States District Court for the Middle District of Alabama. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, Northern District of Georgia, and/or the highest Court of the State of Georgia. **Petitioner** states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Alabama. **Petitioner** states that (he/she) has provided fully all information requested on the reverse side of this application. **Petitioner** designates Will O. "Trip" Walton III as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This _____ day of July, 20__.

_____
(Signature of **Petitioner**)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Will O. "Trip" Walton III designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 26th day of July, 20__.

ASB-5890-N68W
Alabama Bar Number

_____
Signature of Local Counsel

334-321-3000
Business Telephone

Walton Law Firm, P.C. _____ (Law Firm)
2515 East Glenn Avenue, Ste. 304 _____ (Business Address)
Auburn, Alabama 36830 _____ (City, State, Zip)
same as above _____ (Mailing Address)

## COURTS TO WHICH ADMITTED (Identify Court and Location)

United States District Court, Northern District of Georgia; Atlanta, Georgia

United States District Court, Middle District of Georgia; Macon, Georgia

Court of Appeals of Georgia; Atlanta, Georgia

State and Superior Court of Georgia; Atlanta, Georgia

Supreme Court of Georgia; Atlanta, Georgia



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **JANE LAMBERTI SAMS, 432025,** was duly admitted to practice in said Court on APRIL 12, 1993 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 31st day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT



By: _____
Phyllis Brannon
Deputy Clerk

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA EASTERN DIVISION__

3:06cv1146-MHT

Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Middle District of Alabama in the subject case is **GRANTED**.

This _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

***

**NAME OF PETITIONER:** Jane Lamberti Sams

**Residence Address:** 3713 Mayfair Road

Atlanta, GA 30342

**Business Address:** Cochran, Cherry, Givens, Smith, Sistrunk & Sams, P.C.
Firm/Business Name

127 Peachtree Street, Ste. 800, Atlanta, GA 30303
Street Address | City | State | Zip Code

Mailing Address if Other Than Street Address

(404)222-9922
Telephone Number (Include area code)