IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KATRESA PLATT and )<br>NIESHA DAVIS, )<br>  )<br>   Plaintiffs, )<br>  )<br>v. )<br>  )<br>THE WAGGONERS TRUCKING, )<br>INC., and JACK OWENS, )<br>  )<br>   Defendants. ) | CIVIL ACTION NO.<br>3:06cv1146-MHT |

ORDER

It is ORDERED that the application for admission pro hac vice (doc. no. 2) is granted.

DONE, this the 9th day of August, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE