THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KATRESA PLATT And<br>NIESHA DAVIS,<br><br>PLAINTIFFS,<br><br>vs.<br><br>THE WAGGONERS TRUCKING, INC., and<br>JACK OWENS, individually, et al.<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO:<br>)  3:06cv1146-MHT<br>)<br>)<br>) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to this Honorable Court's Uniform Scheduling Order dated February 13, 2007, the Plaintiffs state as follows:

1. On September 6, 2007, counsel for the parties conducted a face-to-face settlement conference at which they engaged in good faith settlement negotiations.
2. At said meeting a settlement was not reached.
3. Counsel for the parties are still engaged in settlement negotiations.
4. Counsel for the parties agree that mediation may assist the parties in reaching settlement.

Respectfully submitted,

_____
WILL O. (TRIP) WALTON, III (WAL046)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL:
WALTON LAW FIRM, P.C.
2515 East Glenn Avenue
Suite 304
Auburn, Alabama 36830
334-321-3000 (Telephone)
334-321-3007 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day mailed a copy of the foregoing document to the following attorneys for the Defendants at their proper mailing address as follows, by first class United States Mail, with proper postage thereon:

Michael W. Slocumb
SLOCUMB LAW FIRM, LLC
2006 Executive Park Drive, Suite A
Opelika, Alabama 36801

Hon. Floyd D. Gaines
Gaines, LLC
P. O. Box 395
Birmingham, AL 35201-0395

This the 12th day of September 2007.

_____
WILL O. (TRIP) WALTON, III (WAL046)
ATTORNEY FOR THE PLAINTIFFS