IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


KATRESA PLATT and          )
NIESHA DAVIS,              )
                          )
    Plaintiffs,            )
                          )        CIVIL ACTION NO.
    v.                     )         3:06cv1146-MHT
                          )
THE WAGGONERS TRUCKING,    )
INC., and JACK OWENS,      )
                          )
    Defendants.            )

ORDER

It is ORDERED that the motion for extension of time

in which to complete discovery (doc. no. 26) is granted.

No other deadlines are extended, however.

DONE, this the 19th day of October, 2007.


                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE